IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER W. THOMPSON, | ) | Case No. 1:13-CV-00367-LPL |
| | ) | |
| Plaintiff, | ) | |
| | ) | (Filed Electronically) |
| vs. | ) | |
| | ) | |
| NATIONAL FOOTBALL LEAGUE, NFL FILMS, INC.; and NFL PRODUCTIONS, LLC, | ) | **(PROPOSED) ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' National Football League; NFL Films, Inc.; and NFL Productions, LLC (collectively "Defendants") Motion to Transfer.

Based on the files, records, and proceedings in this case, it is hereby ORDERED that Defendants' motion to transfer this action to the United States District Court for the District of Minnesota under 28 U.S.C. § 1404(a) is GRANTED; and it is further ORDERED that this action is TRANSFERRED to the United States District Court for the District of Minnesota.


Dated: _____, 2014

_____
Lisa P. Lenihan
United States District Judge