**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER THOMPSON, | ) |
|                Plaintiff, | ) |
| vs. | ) Case No. 1:13-CV-00367-LPL |
| NATIONAL FOOTBALL LEAGUE; NFL FILMS, INC.; and NFL PRODUCTIONS, LLC, | ) (Filed Electronically) |
|                Defendants. | ) |

**DEFENDANTS' REPLY MEMORANDUM
IN SUPPORT OF THEIR MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1404(a)**

## REPLY

This case raises the same claims and was filed by the same plaintiffs' counsel who also filed the *Tatum v. National Football League* case pending before this Court. In its reply brief filed today in *Tatum*, *see* Dkt. 18 Ex. A, *Tatum*, No. 2:13-CV-01814-LPL (W.D. Pa. Mar. 5, 2014), the NFL explains why that case and all of the opt-out litigation against the NFL should be transferred to the District of Minnesota, which managed the *Dryer* class case out of which all the opt-out litigation arose, and where the first-filed opt-out case is currently proceeding in litigation. Plaintiff does not dispute that his claims arose from *Dryer* and mirror those brought in *Tatum*. Nor does he contend that there is any reason to retain this case if *Tatum* is transferred. Indeed, Plaintiff's brief opposing transfer simply repeats verbatim most of the arguments made by the same counsel in their opposition brief in *Tatum*. *Compare* Pls.' Br. in Opp. to Transfer, Dkt. 19, *with* Pls.' Br. in Opp. to Transfer, *Tatum*, Dkt. 16 (Feb. 18, 2014). The arguments are unpersuasive here for the same reasons they are unpersuasive in *Tatum*. Accordingly, for the same reasons given by the NFL in its reply brief in *Tatum*, and to keep together these obvious companion cases, the NFL's motion to transfer should be granted.

Respectfully submitted,

Dated: __March 5, 2014__         /s/ Erin Lucas Hamilton
                                                       Charles B. Gibbons
                                                      Pa. 08284
                                                      charles.gibbons@bipc.com
                                                      Brian H. Simmons
                                                      Pa. 84187
                                                      brian.simmons@bipc.com
                                                      Erin Lucas Hamilton
                                                      Pa. 93852
                                                      erin.hamilton@bipc.com

                                                      BUCHANAN INGERSOLL & ROONEY
                                                      One Oxford Centre
                                                      301 Grant Street, 20th Floor
                                                      Pittsburgh, Pennsylvania 15219
                                                      (412) 562-8800
                                                      (412) 562-1041 (fax)

                                                      Daniel J. Connolly
                                                      Aaron D. Van Oort
                                                      FAEGRE BAKER DANIELS
                                                      2200 Wells Fargo Center
                                                      90 South Seventh Street
                                                      Minneapolis, Minnesota 55402
                                                      (612) 766-7000

                                                      Bruce P. Keller
                                                      Michael Schaper
                                                      DEBEVOISE & PLIMPTON LLP
                                                      919 Third Avenue
                                                      New York, New York 10022
                                                      (212) 909-6000

*Attorneys for Defendants National Football League; NFL Films, Inc.; and NFL Productions, LLC*